# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC WEALTH MANAGEMENT, LLC,<br><br>                                 Plaintiff,<br><br>   vs.<br><br><br>HENRY M. KORNGUT,<br><br>                              Defendant. | CASE NO. 12-cv-1097-MMA (WVG)<br><br>**NOTICE AND ORDER PROVIDING TENTATIVE RULING REGARDING DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>[Doc. No. 5] |

Currently pending before the Court is Defendant Henry Korngut's motion to transfer venue to the Northern District of California pursuant to 28 U.S.C. § 1406(a).  [Doc. No. 5.]  Having considered the submissions of the parties, the Court tentatively **GRANTS** Defendant's motion.

The Court tentatively finds venue improper in the Southern District of California, as Plaintiff has not sufficiently demonstrated a substantial part of the events giving rise to Plaintiff's claim occurred here.  Instead, it appears that venue is proper in the Northern District, where Defendant resides and operates his company.

The parties are advised that this ruling is tentative and the Court will entertain additional argument at the hearing on October 1, 2012.

**IT IS SO ORDERED.**

DATED: September 28, 2012

Hon. Michael M. Anello
United States District Judge