**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PACIFIC WEALTH MANAGEMENT, LLC.,

              Plaintiffs,

   v.

HENRY M. KORNGUT,

              Defendants.

_____/

No. C 12-05198 RS

**STANDBY ORDER OF DISMISSAL**

     The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **April 5, 2013.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 11, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this order may result in dismissal of the case.

     IT IS SO ORDERED.

Dated:   2/14/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-05198 RS
STANDBY ORDER OF DISMISSAL