IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PACIFIC WEALTH MANAGEMENT, LLC.,

        Plaintiffs,

  v.

HENRY M. KORNGUT,

        Defendants.
_____/

No. C 12-05198 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **April 5, 2013.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 11, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

        IT IS SO ORDERED.

Dated: 2/14/13

        _____
        RICHARD SEEBORG
        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California